Again, with argument in a bail motion, United States v. Bustani. Good morning, Your Honors. May it please the Court. If a Court determines that a defendant poses a risk of flight- Can I start out by asking you what the standard of review is, or is that what you're about to tell me? Your Honor, I can tell you that the standard of review we believe that's relevant today is essentially de novo review. The Court reviews factual findings for clear error, but the Court reviews in a bail determination like this where there are mixed questions of fact and law, and ultimately, as we assert here, a misapplication of the law, there's plenary review. That would be to the legal error, but why don't you start your argument, let's see how that evolves. Absolutely, Your Honor. As I was saying, if a Court determines that a defendant poses a risk of flight, the Bail Reform Act poses only one question, and that is, are there any conditions that can be set that would reasonably assure a defendant's presence in court? And here, the District Court erred below because it failed to hold the government to its burden, and it never arrived at any coherent explanation of why the conditions that were suggested by the defendant in this case would be insufficient to reasonably assure the defendant's presence. The private security solution that the defendant proposed in this case has been utilized numerous times by courts in this circuit. It has been discussed and utilized in decisions, including the Sabani decision that Your Honor authored . . . People who had roots in the community, and that was a circumstance where the government agreed to that even before it was proposed, so it seems to me the case is quite distinguishable. You don't have either of those circumstances here. Your Honor, I think that the case is not distinguishable in the most important ways, which is, the government did ultimately agree to the use of the condition, but it had opposed it in the District Court, and when the government came before Your Honor at oral argument, the government, to do exactly what the District Court did not do in this case, which is explain exactly why the conditions that have been proposed by the defendant, including strict pre-trial supervision with electronic monitoring, private security, and the other conditions that we've suggested, including the surrender of all travel documents, would be insufficient. I remember the argument quite vividly. I'm not sure we ever discussed whether home monitoring was sufficient in light of the government's concession that it was. That's quite different from this case, isn't it? Your Honor, I . . . More to the point, your client doesn't have any roots in the community. Sopanis had . . . they had means and wherewithal to flee. There were concerns there, but they did have roots in the community. Your client has none. Well, Your Honor, we believe that that can go appropriately to the question of risk of flight, and if the court . . . Well, that's the issue. Well, that's one of the issues. I agree, Judge Raggi, but once you get past risk of flight, the question that really is at the center of our appeal is, are there any conditions for a man presumed innocent, a man presumed innocent in this case . . . When you say get past the risk of flight, what do you mean? Isn't the concern is, are these conditions sufficient to assuage the risk of flight? Isn't that what we're really talking about here? I don't . . . Your Honor, Judge Raggi, I would respectfully say that it's slightly different from that. I think that the first question is, has the government met its burden of demonstrating that the defendant is at risk of flight? And you don't think they've met that burden? We don't need to argue that for today. We don't think that they have. So for the purposes of today, you accept that he's at risk of flight? For the purposes of today, we'd ask the court to focus more on the second prompt. We don't think he's at risk of flight, but we'd ask the court to focus on the second prompt. And once you get there, the only question is, are there any conditions, any conditions that can be set that would reasonably assure the defendant's presence? And what the court said in Subnani is that the conditions that Your Honor described as extraordinary would guarantee the defendant's presence, would reasonably assure the defendant's presence, even in a situation where the defendant's had substantial overseas ties, substantial wealth. And in that case, they were accused of a violent crime. Mr. Bustani, on the other hand, is accused of no violence. His family is here. His wife has traveled here to support him during the time of the trial. And what the government's attempting to do is ask him to be detained for perhaps a period of years. We don't even have a trial date separated from his wife and his five-year-old son for a man presumed innocent, while there has not been a determination yet of his guilt. And what the Bail Reform Act we submit provides is, if there are any conditions that can be set that would reasonably assure his presence, bail should be set. Let me review these conditions. If you want to propose a different set of conditions to the judge, you're always free to do that. So the question is whether the judge abused his discretion in not releasing him on these conditions, isn't it? I respectfully disagree, Your Honor. I think it's slightly different. The question is, did the court, did the district court fulfill its duty to hold the government to its burden by determining whether there were any conditions that could be set? And what the district court did in this case is it said, okay, your proposal is insufficient. The $1 million is insufficient. And I have questions about the potential conflicts of interest of this security firm. That's not enough under the Bail Reform Act. Let me ask, did you go back and propose a greater amount? I mean, Judge Kuntz's decision is dated February 4th, and a month has passed in that time. And I'll ask the government as well. But it struck me that some of his concerns that were expressed in his written opinion might have been allayed had you gone back and proposed a greater bond and identified the source of the bond money and offered to voluntarily waive extradition and other factors that he considered. Did you go back to the district judge on that? Your Honor, we didn't go immediately back to the district judge. What we did was, in the district court, we suggested to the judge that we were willing to accept extraordinary conditions, and we were prepared to accept additional conditions. But what the judge did was, he made his decision before we had an opportunity to discuss any additional conditions that the court would find appropriate. No one's asked to be put on the judge's calendar and say, we have a new bail package to consider, to propose. That happens all the time. You know that. Absolutely, Your Honor. You're absolutely correct. However, it was the burden of the government, we would suggest, in this case, to identify the additional conditions that would be necessary. The district court, if it felt that additional conditions were necessary to assure the defendant's presence, should have identified those conditions without making a determination. That was the opportunity to engage with the parties. I'm not sure I'm following that because a district court might very well say, you know, two million dollar bond would satisfy me if it's the defendant's money. That's a different question from whether it's his mother-in-law's money, his business' money, and all that. And so you're asking the district judge to engage in hypotheticals about what would or wouldn't be accepted. I mean, usually how I've seen this is the parties come to the judge with a package. And the government says it doesn't think that that's satisfactory for whatever reasons, and the defense argues why it would be sufficient. And the judge rules on that package. You're not foreclosed from coming forward with another one or even from inviting a suggestion as to what particular concerns the judge has. But I don't see how we're supposed to conclude here that there is, I mean, we're supposed to say there's some package out there that would be sufficient for your client. There may well be, but the district judge hasn't said no way, no how yet. Mr. Jackson, I just wanted to say take your time in answering. Thank you very much, Judge Carter. Judge Radji, I think you ask important questions there. But I think that our experience in the district court has been in many, many bail arguments. It's been that when the court is appropriately discharging its responsibilities under the Bail Reform Act. When it finds that the conditions are not sufficient that have been proposed by the defense, what the court says is, I don't think that's enough money. I'm going to suggest that you increase the amount by another million dollars, that you go with a different security firm. And that in addition to what you've suggested, which would be regular pretrial supervision, we bump it up to strict pretrial supervision with electronic monitoring. Now here, we already had conditions proposed that this court described as extraordinary, and that's not the only case. And I would note that private security has literally never failed in this circuit, in the many times it's been utilized, including the many times where the government has consented to its use. The district court didn't do that. The district court, it wasn't for us to go back to the district court after the court had made its ruling and continue with the process of keeping on asking, well, let's raise the stakes. Let's move to reconsider and raise them again until we reach a point where the district court gives us an order that says that we've met the conditions that it thinks are sufficient. Am I right that this bail package has your client putting up nothing? That the assets are all being put up by his company? No, Your Honor. What is he putting up? He is putting up, he proposed putting up $1 million in his own money in this bond. It's a bond, right? That's correct, Your Honor. We propose- So you're not posting a million dollars with the court? No, no, no. We proposed a $20 million personal recognizance bond where we would put up $1 million in cash. What we said in our brief in this court is that we would be willing to put up any amount of money that is within the defendant's possession that the government suggested. There are literally no conditions that the government could suggest that have been utilized in any other case that we would not be willing to put up. Did the judge suggest anything that might be satisfactory, or was the judge relatively clear that nothing would be satisfactory? Nothing, Your Honor. That's exactly right. Just a second. Did he say that, or how did he say that? He said that there would be no conditions that would guarantee the defendant's appearance and gave us no opportunity, didn't suggest to us anything that would fix it. I'm just asking whether he essentially cut it off, or whether he said this is not enough. He cut it off, Your Honor. He cut it off. He said that in light of the government's allegations and the nature of the defendant, no conditions would be sufficient. What he said was having carefully evaluated defendant's bail proposal under the circumstances of the case, the court is convinced no conditions can reasonably assure the defendant's appearance throughout the pendency of this case. That could be construed to mean that he has to make the no conditions finding. The conditions that have been proposed to him, if those are the conditions, they don't assure the defendant's appearance. I mean, this seems to me to be how judges deal with bail proposals all the time. And Judge Radji, again, I would just respectfully slightly disagree with that, because I think that what that does is it improperly shifts the burden to the defense to try to come up with the appropriate bail package that will satisfy the court. Could you describe, please, the operation of the retention of a private company to provide surveillance and monitoring? The judge identified a conflict of interest concern that your client would be the employer, and therefore would have the loyalty of the individuals. But I assume pretrial services is heavily involved, and that your client wouldn't be paying the company directly. Maybe could you describe the circumstances that should allay that concern? Absolutely, Your Honor. And this is, I think Judge Carney, that's exactly the question here. This is a situation that has been utilized in numerous cases and never failed. The company that would be utilized, Guidepost Security, that we proposed, and we suggested to the government we'd be willing to use any company that the government wanted. And we put that in our papers before the judge. But Guidepost is run by former federal, high-ranking federal law enforcement officers. Bart Schwartz's? Bart Schwartz's firm, exactly, Your Honor, who is one of the most respected people in law enforcement. He's the monitor for GM, he's the monitor for the recent NYCHA situation. The government itself has utilized him. And what they would be doing is posting all former law enforcement officials, including federal former law enforcement officials, to monitor Mr. Bustani 24 hours a day. And they would be answerable to the court. They would coordinate with pretrial services and answer any concerns pretrial services had. Now, the money that would be utilized to pay Guidepost would come either from our defendant or our defendant's company, which is indemnifying him in this case. But as Mr. O'Connell, the president of Guidepost, put in his sworn affidavit before the district court, they would in no way be employed by the defendant, they would in no way answer to the defendant. And indeed, the entire reputation of Guidepost, which is excellent in this industry, is dependent on the idea that the courts can trust them because they are dedicated to their mission of serving exactly the purpose that we're talking about in this case. Can I ask you- Yes, Your Honor. A question, even though your red light is on. What is it that your colleague wants to see? My colleague, Your Honor, I think wanted to- You don't have to answer that. I'm going back to Judge- I'm not sure, Judge. He quotes the government's memorandum for this, but he says that the defense had thus far not indicated the source of the $1 million in cash being posted. I think that's where I got the impression that it wasn't your client's money. In any event, what was told to the judge about the source of the money? Your Honor, we told the judge that Mr. Bustani would post the $1 million and that the private security would likely be paid for by his company, which is indemnifying him. Right, but his concern, if I read this correctly, is whether the monies were traceable to the alleged crime. And in that respect, that your client might very well rather risk the profits of the crime than his liberty. I'm not saying that that's this court's finding, but I think that's the reasoning of the judge. And, Your Honor, we think that if that's the reasoning of the judge, that's a fair reasoning. The money would be in the possession of the court, so I think it would be available for all appropriate purposes. But that's exactly what Your Honor identified, Judge Radji, in the Somnani case as something that could be a concern that a defendant might value his freedom more than his money. But Your Honor noted in Somnani that the extraordinary conditions that were put in place in that case mitigated that concern because they eliminated the realistic possibility that the defendant could flee. And in this case, there was never any articulation of how Mr. Bustani, who is not alleged to be a violent person, unlike some of the other defendants who have been released pursuant to these kinds of conditions, like the defendant in Esposito. He's not alleged to be connected to any violent organization. There's no danger to the community. I think you're not addressing the primary concerns of the district judge. A million dollars, with the source unknown, it could be traceable to the fraudulent scheme. For a person who has tens of millions of dollars, is something he might be willing to lose rather than his liberty. And then when his security firm is paid by his company, which faces some criminal exposure here. And so it's paid for by a possible target of the investigation. That raises concerns. And then there are the added concerns that how these private companies enforce the bail bond or the bail conditions is a further concern. Your client can sign all the waivers he wants. There might still be concerns about what they can do as compared to law enforcement officers. Now if you're arguing to us those are wrong assumptions and this bail bond is sufficient, I'd like to hear that argument. If your argument is there's another bail bond that would assuage these concerns and we're prepared to meet it, then my question is why don't you just go to the district court if he rejects that, we'll hear you. Well, your honor, argument is both. Argument is that these conditions are sufficient and that if there are- Why should we find that it's wrong for a district court to conclude that a million dollars from someone who's got tens of millions of dollars, particularly where it's unclear what the source of the money is, is not an acceptable way to assuage the risk of flight. Why should we find that error? Because, your honor, for the exact reason that your honor identified in Subnani case. That goes to the risk of flight. It does not go to whether the conditions proposed would be adequate. And I would just- I'm sorry, but you're totally confusing me. The whole point of the conditions is to assuage the risk of flight. If they don't do that, then there's no conditions that assure his appearance. And your honor, it's up to the district court to identify how the additional money would lead to his release. And I would just note, Judge Radley, with regard to guideposts, the particular company that we've identified in this situation. There is no explanation anywhere that suggests that this is a situation where the defendant would be able to evade the conditions that are employed here. And the concerns that are identified would literally apply to any situation where you're utilizing private security, the theoretical conflict of interest. It can't be the case that the district court is saying, at large, this can never be utilized because it's explicitly authorized in the Bail Reform Act. The very first condition that the Bail Reform Act suggests that the district court should consider is the release of a defendant to an authorized third party designee who would be responsible for securing the person and returning them to the court. Thank you very much. I think we have the arguments now. I appreciate the court's time. And you have reserved a minute of rebuttal. We'll hear from the government. Thank you very much, your honors. May it please the court. Mark Beeney for- And you should take your time, sir. Sure, thank you. Mark Beeney for the United States, and I represented the United States in the district court. Your honors asked about the Subnani case, and I just wanted to point out that in addition to the points that Judge Radji made regarding why that case has no application here, I would note that that case, in addition to involving naturalized- in addition, I should say, involved naturalized U.S. citizens who had been here for 25 years. How long until trial of the defendant here? Judge Kuntz has indicated at the next status conference, which is set for March 28th, that he will set a trial date. Which I should- The overall discovery yet? We've turned over virtually all the discovery, and have indicated that we would turn over the rest of the discovery in the coming weeks and before that date. And then- Before the March 28th date. Yes, your honor. And I would note that in fact, we've turned over more than 2 million pages worth of discovery almost immediately. I was under the impression that there was some delay waiting for other possible co-defendants to be brought into the United States for trial. There are other co-defendants who are subject to extradition proceedings. However, as we said before the district court judge, we're ready for trial. So if the judge sets a date, yes, we'll be ready to try it. Is it your position that the conflict of interest that the judge identified is a factor arguing against retention of a third party service in all cases? Or is it exaggerated in this case and why? I mean, because it's my understanding that this has been done on several occasions, if not numerous occasions. And a guide post has been used by the government and relied on in similar circumstances where the individual who had a risk of flight and Is the conflict an issue in all cases? Absolutely. Private jail is never going to be as good as detention in a government facility. However- That's a difference from a conflict. That's the adequacy of it. But you've argued that there's a conflict. I mean, you may be right that it exists in all cases. But then how is it ever agreed to specifically since you all agreed to it in Subnani? I can't speak for the rest of the panel members, but I never would have gone along with that had the government not said that was a satisfactory condition. Absolutely, and Your Honor, in that case, that's what the prosecutor's in applying the 18 USC 3142G factors to that particular defendant. There was a conflict there, right? It's the same conflict. They're being paid by the people who they're guarding. That's correct, Your Honor. So if it wasn't a problem in Subnani, how is it a problem in this case? It is because the judge set out at least six reasons why he found a private jail inappropriate. Judge Kuntz in the district court, and this is at pages essentially 14 to 16 of his decision, sets out six reasons why he found that was one of them. And he said first- Wait a second, that doesn't speak just to, one of the reasons was the conflict issue that Judge Raji and I are speaking with you about. He sets out other reasons, some of which seem to have been outdated. This was a month ago. He says the amount wasn't enough. He says that he distinguishes cases because there hadn't been a discussion of voluntary waiver of extradition. He's had a concern about disparate treatment, about use of force, about the visa fraud in the UAE. And then the amount is sufficient. And a lot of these things, this is a month ago, seems to me that it could have been the topic of discussion between the government and the defendant during this period. And one could have, if when we're acting on a sense of obligation under this Bail Reform Act to identify circumstances in which a non-convicted person could be released, that many of these conditions or concerns could have been addressed. But I take it that hasn't happened, is that right? Defense counsel has not presented anything other than in their papers. They've now raised some additional arguments. But they haven't come to the government and said, hey, here are the conditions that we would ask you to consider. So from the government's point of view, as opposed to Judge Kuntz's point of view, in what respect are the conditions that have been offered insufficient to reasonably assure his appearance in court? The conditions that have been set forward are insufficient because the defendant is a tremendous flight risk, who has access to an ASFA- Well, everyone agrees that he's a flight risk. So I'd like to know in what respect, particularly, are the conditions insufficient to guarantee his appearance? The government believes that, well, first let me say that the government's position has been that no set of conditions would reasonably assure, short of detention, this defendant's appearance in court. However, because the defendant has access to vast financial resources, is closely tied to countries including Lebanon and the United Arab Emirates that do not extradite to the United States. Means and the incentive to flee. And he has, yes, your honor, and he has a demonstrated ability to procure false entry documents, which we set out. Yeah, but the extradition, so if he were to come to you and say, I agree to extradition proceedings or analogs, no matter where I may be. That wouldn't assuage your concern in that respect. We would certainly consider any package that the defendant presents to us. However, the- He can't bind a foreign country. I'm sorry? He can say he'll agree to extradition all he wants. He can't bind a foreign country. That's exactly right. And in this case, as we set out in our papers, the defendant is closely tied to the billionaire owner of Privenvest, his employer, who's an unindicted co-conspirator in the indictment. And that is the person who's going to pay for the virtual private jail solution that he is offering. And the government has legitimate concerns about the source of funds, where as we set out in the indictment he received $15 million from this $2 billion fraud scheme. And the rest of the funds went to his employer. You talk about disparate treatment, right? Yes, Your Honor. Disparate, what disparate? Disparate between whom? I thought from what I've seen that it was disparate between this defendant and co-defendants. Yes, Your Honor. But you've just told me he's not waiting for co-defendants, he's going to be tried without co-defendants. That is very possible that the- Well, but then that doesn't make any sense. I mean, if it happens, fine, and your adversary says if that happens, you can revisit it. But how can you talk about disparate when you don't have defendants when there's only one defendant? Your Honor, in United States versus Esposito, the court indicated that in that case, you would permit a virtual private jail for a wealthy defendant because there was no possibility of disparate treatment. And while there may not be immediately, I don't know when the other defendants will appear. It's strange to keep them in jail because maybe someday there's going to be a disparate treatment of people who aren't before the court. And it can be changed if that happens. It's a very strange thing, it seems to me, to take into account at this point. Your Honor, in addition to those concerns about that was one of several concerns the district court raised and that the government had. In addition to those concerns regarding the potential for disparate treatment because it exists here, unlike those other cases. First, the cash was from an unverified source, and the government has issues regarding, again- That's not disparate treatment. Okay, if you want to go on to other things, that's fine. And so what I'm saying to your honor is that in addition to disparate treatment, there were other concerns. And those concerns- Yes. A different way to understand that, which is here, and that is disparate treatment means not just to these defendants, but the disparate treatment of a very wealthy person as opposed to somebody who isn't so wealthy. And that's a problem here, too. I don't know that we are allowed or supposed to take into account, but that's a disparate treatment also. And that makes some sense in this, whereas the use of it with co-defendants that don't exist. That's partly, I guess, because things are changing. That when this all started, there was the notion that you were going to wait for other co-defendants. And now that's not the case, but- Well, your honor, it depends. For example, the judge has said he's going to set a trial date. It's possible that other co-defendants appear here in the next few months, regardless. It's possible that you deal with it if it happens. Yes. That becomes relevant, though, too. We asked you how quickly you could go to trial, because if the defendant is going to get his trial very quickly, that may assuage certain concerns that are viewed very differently if he's going to be in custody for more than a year. We've kept you past your time, but I want to ask you a question about your case, because the strength of the case is, of course, another factor that was considered here. What is the security that was fraudulently offered to United States investors? Your honor, the security is the Emetem security, which was a loan participation note. This involves two syndicated loans, and in the middle, there's a syndicated loan called ProIndicus and one called MAM. And in the middle is a security. So the entire thing is a wire fraud, and the thing in the middle, Emetem, was a security. It was a loan participation note that was later sold as a Euro bond. These were sold to U.S. investors- And what's the fraudulent statement, material omission or statement, that was made to these investors? The loan agreements for all three of these loans, because these are principally loans, indicated that the- I'm interested in the security that was sold to U.S. investors. Yes, your honor. What's the false statement? The false statement- Fraudulent statement. The false statement is the use of proceeds and the explicit violation of an anti-bribery provision that was in all these loan agreements. The loan agreements and the materials that were marketed to investors claim that this money would be used to pay for boats and projects in Mozambique. And the government's indictment sets out, and its case will prove, that in fact, those prices were grossly inflated. The $2 billion- Your honor, I understand this. I read the indictment. But what's confusing to me is, I thought from the indictment that the money was loaned to Mozambique by the two unidentified investment banks. Who then created securities that were offered to the American public. Is that not right? It is with respect to Emetem, which is a security, and the loan participation notes. I'm just interested in what was sold to U.S. investors. Because that's the only basis for your bringing this charge in the United States, right? Well, yes and no. As we also set out, all of these loan agreements required the money be paid from and to bank accounts in New York City. We'll get to that in a minute. And you had the investors- We'll get to that in a minute. I want you to answer my question. To the extent that the U.S. investors were putting up their money, who did that money go to? I didn't understand that their money went to the government in Mozambique. It went to whoever loaned the money to the government in Mozambique, right? It went to, oftentimes, it went to the New York City bank account to be distributed to actually, to the employer for this defendant, Mr. Bustani, Privenvest. So the money went to the bank, and then the bank gave it directly to Privenvest, which was to- Privenvest, the issuer of the security? No, the issuers- You've got a lengthy indictment here. I don't understand what the security is, or what the fraudulent statement is. So there's pages and pages about what went on in Mozambique, and you don't tell us what the fraudulent security is. I don't think you'd satisfy this if this were a civil complaint on what the fraud is in the instrument. But that, I think I've gotten enough to get a sense of what your case is. You're not trying it here after all. But with respect to the money moving through US accounts, how did the money moving through US accounts contribute to the laundering or the fraud? I mean, I thought it was coincidental, and that under our case law, that wouldn't be enough to give you jurisdiction in the United States. What are you going to rest it on? Your Honor, among other things, first of all, these are conspiracy counts. And the investors were hundreds of millions of dollars in investments were sold into the United States. And those money went through, again, bank accounts in New York. Now I'm dealing with the transactions that don't involve the investors, but that involve the money moving among the Confederates, which you, in your indictment, highlight went through US clearing banks. And what's the case that allows you to say that the fact that that money went through US clearing banks is enough to give you jurisdiction here in the United States? The name escapes me, but I know that there's the case where, there's a Southern District of New York case where the drug dealers are driving across the Gothel's Bridge. And the communication and furtherance of the conspiracy over the territorial waters conveyed jurisdiction in the Southern District of New York. Bank clearing, and that, I mean, I assume since this is the whole theory of your case that you've got legal support for this being enough to give you a hook in the United States. Yes, Your Honor, and the wires did pass through the Eastern District of New York in going to those correspondent bank accounts. And since the wires passed through as part of this, and frankly, these were all denominated in US dollar accounts. So this was always conceived of and known by the co-defendants that this, in fact, would occur. I expect you'll have some interesting litigation on all of this. I don't want to hold you. Let me just ask one, maybe, so I just wanted to make sure I understand. Is it the government's position that there is no bail package or condition of confinement package the defendant can offer that would provide reasonable assurance that he will appear in court? None. So there's no point in Mr. Jackson going back to the district court. Is that your position? The government's position is that there is no set of conditions that would reasonably assure his appearance. However, the government will always consider a bail package. Perhaps they'll convince us, I'm not saying it's likely, but I'll always look at a bail package rather than one that keeps changing. I think they have to present one. And I think the one that has been presented certainly is insufficient. And the district court did not commit clear error, because this was a factual finding, in finding it insufficient. Your adversary's argument says that that's not the proper way to look at it. That it's not their burden to show that a particular bail package is adequate, though they often do that in cases when they offer to the district court. It's yours to show that there is no reasonable, there is no package available. Now, as I understand it, neither your position in the district court nor the district court's finding is, was, well, there may be one, but it's not this. And I'm not going to speculate now as to what that would be. I'll consider whatever you present to me. That's not what the district court said. The district court said, and I thought was the government's position, there's no conditions here that would satisfy it. So if that's your position, we just want to know how you justify it. You just said you're willing to entertain a bail application that suggests you think there might be one that would satisfy it. No, we do think the government does believe that no set of conditions would reasonably assure his appearance. However, I just meant that we would always consider something if the defendant raised it. But our position is that no set of conditions would reasonably assure his appearance. I find that disturbing. And I find it disturbing because there's a dynamic at work here which I find disturbing and affects me and you. And that is, let's say the chances are one in 10,000 that he would flee if he goes under this. So if he is the one in 10,000, if he's the other, I can't subtract one from 10,000. But if he's any of those and he shows up to the trial because he has to, no one will remember this. He'll remember, no one will remember this. If he's the one in 10,000, they're going to blame you and they're going to blame me. And that sure puts me, I'm not speaking for my colleagues, but me in something of a, to worry about whether I'm really approaching this logically or whether I'm protecting myself from that one in 10,000 and whether you are. And your honor, that's exactly why the district court in this case. The district court is in the same position of course. Yes. And why the district court in recognizing this inherent conflict of interest, the possibility is shown in the Enlap Seng case of there being. But Mr. Seng showed up. Mr. Seng, yes, he was at some Chinese restaurant at some point, but he showed up. He did show up. His appearance was reasonably assured. It was, however, your honor, in that case, as we pointed out and as the district court noted, the defendant received something in the order of 160 hours of medical massage in a 30 day period. Was out at the Chinese restaurant. But the question is, was his presence reasonably assured by the conditions imposed? And he showed up. The district court found in that case involving that 67 year old defendant who did show up that those conditions were sufficient. However, a defendant in a related case, Patrick Ho, was detained by Judge Forrest. So different people will assess circumstances in different ways. But we were talking about reasonably assured presence as the standard set by the statute. And I have some difficulty understanding why these extraordinary conditions that are outlined here wouldn't do so. Okay, and so- Why don't you make one final point? We've let you- Yes, your honor. Get your way over your time. Yes, your honor. Just that in different courts will make different decisions in assessing something. And this district court reasonably, just like Judge Forrest did in her case, involving a similarly situated defendant, found that he should be detained. This defendant, based upon the reasons set out by the district court, including the access to vast financial resources, the demonstrated ability to procure false entry documents to foreign jurisdictions, found that he should be detained. The permit to the UAE was hardly a false US passport or a document of that magnitude or gravity. And three false fraudulent visas to enter for co-conspirators who were indicated as petrol mechanic, petrol engine. We have the argument. Right, who were in fact government, two of them were government officials. And your honor, just to your point before, I forgot, but now I remember the case, United States versus Rotiliano, regarding passage of wires through the district with respect to venue and jurisdiction. Thank you very much. Thank you very much, your honor. Mr. Jackson, you have a minute rebuttal. Thank you, your honor. I'd just like to make a few brief points in response and answer any questions the court has. One, I think the issue was raised of disparate treatment, and I just wanted to know just a sec. The question that your honor raised in terms of disparate treatment, I think what's particularly important to remember is what this court said, noted in both Somnani and in Esposito. That where the government is relying on the wealth of the defendant as a very significant factor, in terms of the need to detain the defendant, then it's particularly unfair to conclude that that wealth can't be utilized in order to try to create conditions that allow. You're wealthy and therefore you have to stay in jail, but you're wealthy and therefore you can't have an alternate means of assuring your showing up. Exactly, your honor. Let's talk about your client's wealth to see the issue that you raised about there not being any conditions, not being adequately shown. Part of the court's concern was the million dollars and where it came from. Is your client prepared to make a full disclosure of all his assets everywhere in the world? So that the court has a sense of what his wealth is and whether a million dollars is a drop in the bucket or a serious deterrent to flight. Absolutely, your honor. Not only is he willing to, he already has. He sat down with pretrial services, outlined all of his assets. His wife outlined all their assets overseas. The government never at any point- How can pretrial services verify that? There's an extent to which they can verify, I don't know all their investigative methods, but there was never any allegation in the district court. Unlike in Subnani, there was never any allegation in the district court that my client had hidden any of his wealth. He identified his bank accounts where he had money. He expressed his willingness to transfer wealth here in order to secure his bond.  Your honor, I would just emphasize that with regard to the one in 10,000 point, the Supreme Court has repeatedly emphasized that the fact that there is some theoretical risk that a defendant might be able to escape is really grossly insufficient for us to justify detaining a person who is presumed innocent. That the entire point of the constitutional right to bail and of the Bail Reform Act is that we're willing to deal with some minuscule risk in order to assure that the very fundamental value of our criminal justice system, the fact that a man is presumed innocent until proven guilty is not completely run over by the government's ability to detain him, perhaps for a period of years. The unarticulated concern that we might have about only the wealthy being able to afford private detention. I think, your honor, that it's an important concern, and it's one that I think everyone who's a stakeholder in the justice system cares about. But I think Judge Rakoff, in his opinion in the dryer case, really hit the nail on the head with this issue. Everything in terms of bail, unfortunately, to some degree prejudices people who have less means. If you're homeless, you don't have the ability to put up a home. You probably don't have the ability to put up any money. What we have in this situation is a defendant who's really being penalized for having more money than the average defendant. And in this particular situation, I would just suggest, your honor- penalized, the question is whether or not the package provides a sufficient deterrent. When your mother puts up her home and your beloved mother's going to be out on the street if you abscond, that's often a strong deterrent because it has a moral suasion component as well as the value of the home. Indeed, often the judges don't care what the value of the home is if mom's going to be on the street. But that's not your client's situation. And so what we've got here is a relatively modest amount of his assets coupled with private detention services. And it's in that context that I ask you why isn't this troubling, that it comes only to the wealthy. And not even your client's money, a potential co-conspirator. Well, I think that your honor hits it on the head when you talk about the mother's home. Because what that identifies is that the Bill Reform Act is focused on focusing on the individual defendant. And the mother's home is a situation where the court has the ability to create flexible solutions for different types of defendants. There will be some defendants who don't need 24 hour private security monitoring, and they can achieve the goals of the Bill Reform Act simply by making the mother a cosigner on a significant bond. For this particular defendant, we don't believe that this is necessary because our client, as your honor identified, is fully aware of all the significant problems in the indictment and has a very strong interest in clearing his name. His wife is here waiting for him to fight this case because they have an interest in clearing their name. But these conditions we suggested go far beyond what is necessary. They go to the point of virtually guaranteeing that this defendant cannot flee. And so no matter what can be said about the potential risk of flight, there is no articulation. And there was no articulation when your honors pressed the government on this question, why would this fail? Why would this fail? The government can't answer that question. No one can answer that question. And under those circumstances, your honor, we submit that the defendant should be released. Thank you very much for your time. Thank you very much for your time. We'll take the matter under advisement and try to get you a decision promptly. Thank you, your honor. Thank you. We'll proceed.